Order; Concurrence by Judge REINHARDT and Judge WILLIAM A. FLETCHER; Dissent by Judge O’SCANNLAIN.
ORDER
Judge Reinhardt and Judge W. Fletcher have voted to deny the Appellees’ petitions for rehearing and petitions for rehearing en banc, filed on February 15, 2011 and February 23, 2011. Judge N.R. Smith voted to grant both.
A judge of the court called for a vote on the petitions for rehearing en banc. A vote was taken, and a majority of the *943 active judges of the court failed to vote for en banc rehearing. Fed. R.App. P. 35(f).
The petitions for rehearing and the petitions for rehearing en banc are DENIED.